# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | | |
|---|---|---|
| DORIS DARTY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:21-cv-00154-KS-MTP |
| | * | |
| WAL-MART STORES, INC. | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, DORIS DARTY and Defendant, Wal-Mart Stores, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate the dismissal of each and every claim in the above action with prejudice, costs taxed as paid and each party to bear their own attorney fees and costs.

/s/ Seth Little (with permission)
SETH LITTLE                (MS 102890)
*Attorney for Plaintiff*

/s/ W. Pemble DeLashmet
W. PEMBLE DELASHMET (MS 8840)
wpd@delmar-law.com
CHAD C. MARCHAND      (MS 102752)
ccm@delmar-law.com
MIGNON M. DELASHMET (MS 2896)
mmd@delmar-law.com
KEITH B. FRANKLIN       (MS 105376)
kbf@delmar-law.com
*Attorneys for Defendant*